Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant Infomatics LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, PETER ANDREYEV,<br><br>                    Plaintiffs,<br><br>     v.<br><br>INFOMATICS LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Civil Action No.: 24-CV-4041<br><br>**DEFENDANT INFOMATICS LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Infomatics LLC in the above-captioned action certifies that it has no parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated: March 20, 2024                    Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By: */s/ Robert T. Szyba*
                                          Robert T. Szyba
                                          620 Eighth Avenue
                                          New York, New York 10018
                                          Telephone: (212) 218-5500
                                          Facsimile: (212) 218-5526
                                          rszyba@seyfarth.com

                                          *Attorneys for Defendant Infomatics LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, a true and correct copy of DEFENDANT'S CORPORATE DISCLOSURE STATEMENT, was electronically filed with the Clerk of the District Court and served upon counsel for Plaintiffs at the following address of record via FedEx overnight mail, postage prepaid:

Rajiv D. Parikh, Esq.<br>
Kathleen Barnett Einhorn, Esq.<br>
Genova Burns LLC<br>
494 Broad Street<br>
Newark, NJ 07102

*/s/ Robert T. Szyba*
Robert T. Szyba

Dated: March 20, 2024

14728655v.1