Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant Infomatics LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>INFOMATICS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 2:24-cv-04041<br><br>**L. CIV. R. 6.1(b) CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(b), Defendant Infomatics LLC ("Defendant"), hereby applies for a Clerk's Order extending the time within which it may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by fourteen (14) days and represent that:

309969160v.1

1. No previous extension has been obtained;

2. This case was timely removed from the Superior Court of New Jersey, Bergen County on March 20, 2024 (ECF No. 1); and

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's time to answer, move, or otherwise respond to the Complaint expires on March 27, 2024.

Dated: March 26, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Robert T. Szyba*
Robert T. Szyba
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rszyba@seyfarth.com

*Attorneys for Defendant Infomatics LLC*

## **ORDER**

The above application is GRANTED. Defendant's time to Answer, Move, or otherwise Reply is extended by fourteen (14) days to April 10, 2024.

_____, Clerk of the
United States District Court
District of New Jersey


By: _____
                    Deputy Clerk

Dated: _____, 2024

309969160v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, a true and correct copy of DEFENDANT'S L. CIV. R. 6.1(B) CLERK'S EXTENSION, was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Robert T. Szyba*
Robert T. Szyba

Dated: March 26, 2024

309969160v.1