

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

June 11, 2024

<u>VIA CM/ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

**Re:** <u>Atlas Data Privacy Corp., et al v. Infomatics, LLC et al.,
No. 2:24-cv-04041-HB (D.N.J.),
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint</u>

Dear Judge Bartle:

    This firm represents the defendant Infomatics, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27-33 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.*, Civil Action No. 1:24-cv-4111 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

311677347v.1