

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

June 11, 2024

**VIA CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

**Re:   Atlas Data Privacy Corp., et al v. Infomatics, LLC et al.,
No. 1:24-cv-04041-HB (D.N.J.),
Corrected Joinder in Defendants' Consolidated Motion to Dismiss**

Dear Judge Bartle:

This firm represents the defendant Infomatics, LLC ("Defendant") in the above-referenced matter.

We write to correct a letter filed by our office earlier this morning, which sought to join the Consolidated Motion to Dismiss on constitutional grounds filed by Latham & Watkins LLC. *See* ECF 19. Our earlier letter inadvertently cited to the incorrect case docket. We are accordingly writing to clarify that that Defendant joins the Consolidated Motion, which was filed under ECF No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Robert T. Szyba*


Robert T. Szyba

311677347v.1