UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: October 1, 2024

**JUDGE HARVEY BARTLE III**

COURT REPORTER:   JOHN KURZ

TITLE OF CASE:                DOCKET NO.: 24-4041 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
INFOMATICS, LLC, et al.

APPEARANCES:
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: HEARING ON DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record.
Motion taken under advisement.

                                s/David Bruey
                                Deputy Clerk

Time Commenced: 1:30p.m.   Time Adjourned: 4:00p.m.   Total Time in Court: 2:30