# UNITED STATES DISTRICT COURT

for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| <u>Delvepoint, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| <u>Quantarium Alliance, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| <u>Yardi Systems, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| <u>Digital Safety Products, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| <u>Cvil Data Research</u> | ) | |
| *Defendant* | ) | |

<u>Atlas Data Privacy Corporation, et. al.</u>    )
    *Plaintiff*    )
    v.    )    Case No. 24-4160
    )
<u>Scalable Commerce, LLC, et. al.</u>    )
    *Defendant*    )

<u>Atlas Data Privacy Corporation, et. al.</u>    )
    *Plaintiff*    )
    v.    )    Case No. 24-4174
    )
<u>Labels & Lists, Inc., et. al.</u>    )
    *Defendant*    )

<u>Atlas Data Privacy Corporation, et. al.</u>    )
    *Plaintiff*    )
    v.    )    Case No. 24-4176
    )
<u>Innovis Data Solutions Inc., et. al.</u>    )
    *Defendant*    )

<u>Atlas Data Privacy Corporation, et. al.</u>    )
    *Plaintiff*    )
    v.    )    Case No. 24-4178
    )
<u>Accurate Append, Inc., et. al.</u>    )
    *Defendant*    )

<u>Atlas Data Privacy Corporation, et. al.</u>    )
    *Plaintiff*    )
    v.    )    Case No. 24-4256
    )
<u>Zillow, Inc., et. al.</u>    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )   Case No. 24-4261
           )
Equimine, Inc., et. al.     )
   *Defendant*     )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )   Case No. 24-4292
           )
Melissa Data Corp., et. al.    )
   *Defendant*     )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )   Case No. 24-4324
           )
Restoration of America, et. al.   )
   *Defendant*     )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )   Case No. 24-4345
           )
i360, LLC, et. al.      )
   *Defendant*     )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )   Case No. 24-4380
           )
GoHunt, LLC, et. al.     )
   *Defendant*     )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*       )
     v.        )  Case No. 24-4383
            )
Accuzip, Inc., et. al.      )
   *Defendant*      )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*       )
     v.        )  Case No. 24-4385
            )
Synaptix Technology, LLC, et. al.   )
   *Defendant*      )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*       )
     v.        )  Case No. 24-4389
            )
Joy Rockwell Enterprises, Inc., et. al.  )
   *Defendant*      )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*       )
     v.        )  Case No. 24-4390
            )
Fortnoff Financial, LLC, et. al.    )
   *Defendant*      )


Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*       )
     v.        )  Case No. 24-4392
            )
MyHeritage, Ltd., et. al.      )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*     )
     v.     )     Case No. 24-4434
     )
E-merges.com, Inc., et. al.   )
     *Defendant*     )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*     )
     v.     )     Case No. 24-4609
     )
Nuwber, Inc., et. al.   )
     *Defendant*     )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*     )
     v.     )     Case No. 24-4664
     )
RocketReach LLC, et. al.   )
     *Defendant*     )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*     )
     v.     )     Case No. 24-4949
     )
Belles Camp Communications, Inc., et. al.   )
     *Defendant*     )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*     )
     v.     )     Case No. 24-5600
     )
Property Radar Inc., et. al.   )
     *Defendant*     )

Atlas Data Privacy Corporation, et. al.          )
       *Plaintiff*                                      )
         v.                                      )          Case No. 24-5656
                                    )
The Alesco Group, L.L.C., et. al.                )
       *Defendant*                                     )

Atlas Data Privacy Corporation, et. al.          )
       *Plaintiff*                                      )
         v.                                      )          Case No. 24-5658
                                      )
Searchbug, Inc., et. al.                          )
       *Defendant*                                     )

Atlas Data Privacy Corporation, et. al.          )
       *Plaintiff*                                      )
         v.                                      )          Case No. 24-5775
                                      )
Amerilist, Inc., et. al.                          )
       *Defendant*                                     )

Atlas Data Privacy Corporation, et. al.          )
       *Plaintiff*                                      )
         v.                                      )          Case No. 24-7324
                                      )
U.S. Data Corporation, et. al.                    )
       *Defendant*                                     )

Atlas Data Privacy Corporation, et. al.          )
       *Plaintiff*                                      )
         v.                                      )          Case No. 24-8075
                                      )
Smarty, LLC, et. al.                              )
       *Defendant*                                     )

| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| Compact Information Systems, LLC., et. al. | ) | |
| *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| Darkowl, LLC, et. al. | ) | |
| *Defendant* | ) | |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date

:        6/11/2025
_____

_____
*Attorney's signature*

KATHLEEN C. RILEY
N.J. Bar No. 307982019
_____
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
_____
*Address*

KATHLEEN.RILEY@LAW.NJOAG.GOV
_____
*E-mail address*

973-648-2052
_____
*Telephone number*

973-648-3879
_____
*FAX number*