# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff*   )<br>         v.         )<br>                    )<br> <u>Scalable Commerce, LLC, et. al.</u>  )<br>  *Defendant*   ) | | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff*   )<br>         v.         )<br>                    )<br> <u>Labels & Lists, Inc., et. al.</u>  )<br>  *Defendant*   ) | | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff*   )<br>         v.         )<br>                    )<br> <u>Innovis Data Solutions Inc., et. al.</u>  )<br>  *Defendant*   ) | | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff*   )<br>         v.         )<br>                    )<br> <u>Accurate Append, Inc., et. al.</u>  )<br>  *Defendant*   ) | | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff*   )<br>         v.         )<br>                    )<br> <u>Zillow, Inc., et. al.</u>  )<br>  *Defendant*   ) | | Case No. 24-4256 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> Equimine, Inc., et. al.  ) <br> *Defendant*  ) | Case No. 24-4261 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> Melissa Data Corp., et. al.  ) <br> *Defendant*  ) | Case No. 24-4292 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> Restoration of America, et. al.  ) <br> *Defendant*  ) | Case No. 24-4324 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> i360, LLC, et. al.  ) <br> *Defendant*  ) | Case No. 24-4345 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> GoHunt, LLC, et. al.  ) <br> *Defendant*  ) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*                                                          )<br>            v.                                                             )<br>                                                                            )<br><u>Accuzip, Inc., et. al.</u>                                    )<br>*Defendant*                                                      ) | Case No. 24-4383 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*                                                          )<br>            v.                                                             )<br>                                                                            )<br><u>Synaptix Technology, LLC, et. al.</u>             )<br>*Defendant*                                                      ) | Case No. 24-4385 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*                                                          )<br>            v.                                                             )<br>                                                                            )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>       )<br>*Defendant*                                                      ) | Case No. 24-4389 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*                                                          )<br>            v.                                                             )<br>                                                                            )<br><u>Fortnoff Financial, LLC, et. al.</u>                 )<br>*Defendant*                                                      ) | Case No. 24-4390 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*                                                          )<br>            v.                                                             )<br>                                                                            )<br><u>MyHeritage, Ltd., et. al.</u>                             )<br>*Defendant*                                                      ) | Case No. 24-4392 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>　　*Plaintiff* )<br>　　　　v. )<br> )<br><u>E-merges.com, Inc., et. al.</u> )<br>　　*Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>　　*Plaintiff* )<br>　　　　v. )<br> )<br><u>Nuwber, Inc., et. al.</u> )<br>　　*Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>　　*Plaintiff* )<br>　　　　v. )<br> )<br><u>RocketReach LLC, et. al.</u> )<br>　　*Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>　　*Plaintiff* )<br>　　　　v. )<br> )<br><u>Belles Camp Communications, Inc., et. al.</u> )<br>　　*Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>　　*Plaintiff* )<br>　　　　v. )<br> )<br><u>Property Radar Inc., et. al.</u> )<br>　　*Defendant* ) | | Case No. 24-5600 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.   ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> The Alesco Group, L.L.C., et. al. ) <br> *Defendant* ) | Case No. 24-5656 |
| Atlas Data Privacy Corporation, et. al.   ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Searchbug, Inc., et. al. ) <br> *Defendant* ) | Case No. 24-5658 |
| Atlas Data Privacy Corporation, et. al.   ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Amerilist, Inc., et. al. ) <br> *Defendant* ) | Case No. 24-5775 |
| Atlas Data Privacy Corporation, et. al.   ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> U.S. Data Corporation, et. al. ) <br> *Defendant* ) | Case No. 24-7324 |
| Atlas Data Privacy Corporation, et. al.   ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Smarty, LLC, et. al. ) <br> *Defendant* ) | Case No. 24-8075 |

|  |  |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-8451 |
| ) | |
| <u>Compact Information Systems, LLC., et. al.</u> ) | |
| *Defendant* ) | |
| | |
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-10600 |
| ) | |
| <u>Darkowl, LLC, et. al.</u> ) | |
| *Defendant* ) | |

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: 7/14/2025

*/s/ Liza B. Fleming*

*Attorney's signature*

LIZA B. FLEMING
N.J. Bar No. 441912023

*Printed name and bar number*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

*Address*

LIZA.FLEMING@NJOAG.GOV

*E-mail address*

862-350-5800

*Telephone number*

609-292-3508

*FAX number*