```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :
INFOMATICS, LLC, et al.       :         NO. 24-4041

ORDER

AND NOW, this 4th day of November 2025, it is hereby ORDERED that defendant's motion to join in Joy Rockwell Enterprise Inc.'s letter request to stay or, in the alternative, proposed discovery schedule (Doc. #91) is GRANTED.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.