UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                                    **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay Soule

**TITLE OF CASE:**                                    **DOCKET #:** 1:24-cv-4041 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
INFOMATICS, LLC et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:    10:52 a.m.
Total Time: 1 Minute

                                        s/ Ivannya Fitzgerald
                                           **DEPUTY CLERK**